WARNER *against* BOOGE.

IN ERROR, on *certiorari* to a justice's court.

The return, which was very obscure, to the *certiorari* in this case, stated, that the ground of the action of the defendant in error, was a bill of costs for resisting a motion for judgment, as in case of nonsuit, in this court, in the case of *Booge* v. *Warner*, taxed by the recorder of *Hudson* at 27 dollars and 6 cents. The return further stated, that the defendant below, the plaintiff in error, undertook and promised to pay the bill, and promised to confess a judgment for the amount. The justice gave judgment for the plaintiff below for 25 dollars.

Where a party in a suit becomes entitled to costs from the opposite party, for opposing a motion, who (the costs having been taxed) promises to pay the bill, the promise is founded on sufficient consideration, and will support an action.

*Per Curiam.* The only error alleged as a ground for reversing this judgment, is the want of consideration to support the promise. If the defendant in the court below was a stranger to the suit in which these costs accrued, the objection would be well taken; but he appears to be a party in the cause, and we must take the promise proved, to have been made in reference to the very bill in question. The return stated, that it was proved that the defendant did undertake and promise to pay the bill. This was an admission that the costs were properly taxed against him, and he being a party in the suit, there was a sufficient consideration to support the promise.

Judgment affirmed.